

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00385-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Krystal Dawn **MATHIS**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-576
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED August 22, 2018.

_____
Rebeca C. Martinez, Justice